IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 2301 RENAISSANCE PARTNERS, L.P., <br><br> v. <br><br> WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF CITIGROUP COMMERCIAL MORTGAGE TRUST 2018-B2, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES, 2018-B2 | CIVIL ACTION <br><br> Case No. 2:23-cv-03066 |

## ORDER

**AND NOW**, this 29th day of **July 2025**, upon consideration Vertex Inc.'s Motion for Costs Incurred in Responding to Non-Party Subpoena (ECF No. 75), Defendant's Response (ECF No. 82), Vertex Inc.'s Reply (ECF No. 83), and the representations made by counsel at the June 23, 2025 hearing, it is **ORDERED** that the motion is **DENIED**.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge